

**SO ORDERED,**

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE: TABATHA PACE　　　　　　　　　　　　　CASE NO: 17-10981
　　　　　DEBTOR　　　　　　　　　　　　　　　　CHAPTER 13

## ORDER

**THIS CAUSE** came on for consideration on the Objection to Claim filed by Bass & Associates, P.C. (Dkt#24). After notice was given to Bass & Associates, P.C. of this Objection, Bass & Associates, P.C. failed to respond.

**THEREFORE,** the Court, being fully advised in the premises, does hereby Order that the claim of $2,870.46 filed by Bass & Associates, P.C. shall be disallowed as a secured claim but instead shall be treated as a general unsecured claim.

## END OF ORDER ##

PRESENTED BY:

MITCHELL & CUNNINGHAM
William C. Cunningham, MS Bar #7964
Attorney for Debtor
512 A East Waldron Street
Corinth, MS 38834
(662) 286-5665 / (662) 286-5667 Fax